ACCEPTED
01-15-00180-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 11:33:47 AM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00180-CV**

_____

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 11:33:47 AM
CHRISTOPHER A. PRINE
Clerk

_____

**MEDSTAR FUNDING, L.C. and BEACON LEGAL FUNDING,
L.L.C., Appellants
vs.
MYCHELE REED, as next friend of T.R., a minor, JERRY WAYNE
SQUIER and STRIKE, LLC, f/k/a STRIKE CONSTRUCTION, LLC,
Appellees**

_____

**UNOPPOSED MOTION TO DISMISS APPEAL**

TO THE HONORABLE FIRST COURT OF APPEALS:

COME NOW MEDSTAR FUNDING, L.C. and BEACON LEGAL FUNDING, L.L.C., Appellants, and pursuant to Texas Rule of Appellate Procedure 42.1(a), respectfully inform the Court that the underlying dispute that was the subject of this appeal has been settled in its entirety, that Appellees have settled this matter with Appellants for consideration, and that therefore, the Appellants no longer wish to pursue this appeal. Appellants therefore ask that this Appeal be dismissed with prejudice. The relief requested in this Motion is unopposed. The Guardian Ad Litem's attorney did not respond to a faxed copy of the instant motion or to a telephone call regarding same. All costs on appeal are to be borne by the party incurring same.

**THE BICKHAM LAW FIRM**

*/s/David A. Bickham*
David A. Bickham
State Bar No: 02295300
3120 Southwest Frwy., Suite 650
Houston, TX 77098
Telephone: (713)789-4361
Facsimile: (713)523-1816
Email: bickhamlawfirm@yahoo.com

**COUNSEL FOR APPELLANTS MEDSTAR FUNDING, L.C. AND BEACON LEGAL FUNDING, L.LC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Unopposed Motion to Dismiss Appeal has been duly forwarded to all parties and/or counsel of record, pursuant to the Texas Rules of Appellate Procedure, on this the 29th day of May, 2015, addressed as follows:

J. Ryan Fowler
John D. Sloan, Jr.
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
3000 Smith Street, Suite 4
Houston, Texas 77006

Nicholas J. Lanza
Steve C. Dollinger
McCORMICK, LANZA, McNEEL, L.L.P.
4950 Bissonnet Street
Bellaire, Texas 77401

Jose R. Lopez, II
The Washington Centre
4601 Washington Avenue, Suite 200
Houston, Texas 77007

*/s/David A. Bickham*
DAVID A. BICKHAM